## 37811. BEDINGFIELD v. BEDINGFIELD.

MARSHALL, Justice.
This discretionary appeal, granted by this court, must be dismissed for failure to comply with provisions of Code Ann. § 6-701.1(g) as to the filing of the notice of appeal.

*Appeal dismissed. Jordan, C. J., Hill, P. J., Clarke and Gregory, JJ., concur. Smith, J., not participating.*

DECIDED SEPTEMBER 9, 1981.

*Robert Strickland, Jr.,* for appellant.
*Henry Angel, Nancy R. Foster,* for appellee.